# ELECTRONIC RECORD

*1233·14*

COA #  01-08-00337-CR          OFFENSE:  THEFT >$100,000 <$200,000

STYLE:  HOLCOMB, DONNA GAYLE          COUNTY:  Harris

COA DISPOSITION:  AFFREF          TRIAL COURT:  230th District Court

DATE: 08/28/2014          Publish: YES  TC CASE #:  1141352

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  HOLCOMB, DONNA GAYLE v.          CCA #:  *1233·14*

_PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

____REFUSED_____          JUDGE: _____

DATE: __04/22/2015_____          SIGNED: _____          PC: _____

JUDGE: __Per Curiam_____          PUBLISH: _____          DNP: _____

---------------------------

____PRO SE_____ MOTION FOR

REHEARING IN CCA IS: _denied_

JUDGE: _PC___ June 10, 2015

**ELECTRONIC RECORD**

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 01-08-00337-CR
PD-1233-14

6/10/2015
HOLCOMB, DONNA GAYLE Tr. Ct. No. 1141352

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.
Abel Acosta, Clerk

1ST COURT OF APPEALS CLERK
CHRISTOPHER A. PRINE
301 FANNIN
HOUSTON, TX 77002-7006
* DELIVERED VIA E-MAIL *